

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ELDON RODRIGUEZ and MARIA RODRIGUEZ, | § | No. 08-23-00004-CV |
|  | § | Appeal from the |
| Appellants, | § | 210th Judicial District Court |
| v. | § | of El Paso County, Texas |
| CITY OF EL PASO, | § | (TC# 2020DTX1402) |
| Appellee. | § |  |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF SEPTEMBER 2023.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, J.J.